FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 1 8 2005

LUTHER D. THO...
By
          Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| **CLIFFORD de LOUIS,** | ) |
| Plaintiff, | ) |
| v. | ) Civil Action File No. |
| | ) 1:04-CV-2816-CC |
| **METROPOLITAN ATLANTA** | ) Judge Cooper |
| **RAPID TRANSIT AUTHORITY,** | ) |
| Defendant. | ) |

## AMENDMENT OF COMPLAINT AS ORDERED BY THE COURT

COMES NOW Plaintiff, Clifford de Louis, by and through himself, pursuant to leave granted by an order of this Honorable Court on August 4, 2005 and hereby files the following amendment to his complaint:

The following is added to Paragraph "(5)" of the complaint: "As a MARTA executive responsible for addressing concerns relating to technology expenditures, business and technology issues and for recommending corrective actions, Plaintiff informed MARTA's General Manager and Executive Team that false records were being used to obtain payments for federally funded technology goods and services that were not being provided and he requested that MARTA conducted an audit on

all major federally funded technology acquisition activities. On many occasions between April 1, 2002 and November 30, 2002, the Plaintiff dutifully informed MARTA's General Manager and Executive Team via telephone calls, emails, memoranda, and through face to face meetings that MARTA was misusing federal funds earmarked for transit systems improvements to fraudulently acquire various telecommunication goods and services that were never provided and which were misrepresented to the federal government, to purchase technology equipments that were not intended for any use and to pay for various maintenance contracts on the equipments even though many of these equipments went straight into storage or were not delivered. On or about November 8, 2002, Plaintiff provided MARTA's General Manager and Executive Team with copies of all the illegal contracts, and even informed them that the federal government involvement through the Federal Transit Administration (FTA) may be warranted. Soon thereafter as a direct result, MARTA placed Plaintiff on administrative leave and then discharged him."

Respectfully submitted, this 16th day of August, 2005.

_____
Clifford de Louis, *Pro Se Plaintiff*
4850 Riversound Drive
Snellville, Georgia 30039
770-985-6113

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following the opposing party with a copy of the within and foregoing "AMENDMENT OF COMPLAINT AS ORDERED BY THE COURT" by depositing a copy of same in the United States mail in an envelope properly addressed to the following, with adequate pre-paid postage thereon to ensure proper delivery:

PURSLEY LOWERY MEEKS LLP
260 Peachtree Street
Suite 2000
Atlanta, Georgia 30303
(404) 880-7180 tel.
(404) 880-7199 fax
(404) 880-7199 facsimile

This the 16th day of August, 2005.

_____
Clifford de Louis
*Pro Se Plaintiff*
4850 Riversound Drive
Snellville, Georgia 30039
770-985-6113