```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

**CLIFFORD de LOUIS**                       **CIVIL ACTION NO.**

   vs.

**METROPOLITAN ATLANTA**                    **1:04-CV-2816-CC**
**RAPID TRANSIT AUTHORITY**


### JUDGMENT

This action having come before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the plaintiff and against the defendant in the amount of ONE HUNDRED FIFTEEN THOUSAND DOLLARS ($115,000.00) on his promissory estoppel claim with interest at the legal rate of 4.9% as provided by law, and his costs of action.

IT IS FURTHER ORDERED and ADJUDGED that the plaintiff, take nothing on his retaliation claim under the Federal False Claims Act; that the plaintiff take nothing on his breach of contract claim.

Dated at Atlanta, Georgia, this 7th day of MARCH, 2007.


                                              Luther D. Thomas, Clerk

                                    By: <u>s/ Patsy L. Springs</u>

                                                Deputy Clerk